**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

South Carolina Department of Social Services,
Respondent,

v.

Melissa L., James E., Thomas Clifford J., Sr., (deceased),
Wylie L., Gary E., Tricia E., Glenn M., and Patricia M.,
Defendants,

and Susan and Joel J. and Robert and Patricia W.,
Intervenors,

Of whom Melissa L. is the Appellant,

In the interest of minors under the age of 18.

Appellate Case No. 2012-212130

Appeal From Greenville County
Alex Kinlaw, Jr., Family Court Judge

Unpublished Opinion No. 2012-UP-619
Submitted November 1, 2012 – Filed November 14, 2012

**AFFIRMED**

Thomas J. Quinn, of Quinn Law Office, of Greenville, for Appellant.

Kaye Davis, of the South Carolina Department of Social Services, of Greenville, and Deborah Murdock, of Murdock Law Firm, LLC, of Mauldin, for Respondent.

Robert Clark, of Robert Clark, Attorney, of Greenville, for the Guardian ad Litem.

---

**PER CURIAM:** Melissa L. appeals the family court's final order terminating her parental rights to her minor children. *See* S.C. Code Ann. § 63-7-2570 (2010 & Supp. 2011). Upon a thorough review of the record and the family court's findings of facts and conclusions of law pursuant to *Ex Parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing. Accordingly, we affirm the family court's ruling.

**AFFIRMED.**[1]

**SHORT, KONDUROS, and LOCKEMY, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.